CRAWFORD v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 17, 1923.) No. 6263. In Error to the District Court of the United States for the Eastern District of Oklahoma.

(288 F.)

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, etc., on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).